# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LISA ANN MATCHETTE, | ) | CASE NO. 5:24-CV-00300 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Before the Court is the parties' joint stipulation, and request for an order, to remand this matter to the Commissioner.  (ECF Doc. 10.) This matter is **VACATED and REMANDED** for further proceedings, pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  On remand, the Appeals Council shall instruct the administrative law judge to further consider the Plaintiff's claim, to include offering Plaintiff a new hearing, taking any further action necessary to complete the administrative record, and issuing a new decision.

IT IS SO ORDERED.

Dated: June 7, 2024

/s/ *Amanda M. Knapp*
Amanda M. Knapp
United States Magistrate Judge