# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LISA ANN MATCHETTE, | ) | CASE NO.  5:24-CV-00300 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Pursuant to the contemporaneously filed Order, this case is **REMANDED** for further proceedings.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.


Dated: June 7, 2024              */s/ Amanda M. Knapp*
                                 Amanda M. Knapp
                                 United States Magistrate Judge